IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 23-124 |
| JAMES LAFORTE | : | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Patrick J. Murray, Matthew T. Newcomer, and Alexandra M. Lastowski, Assistant United States Attorneys, respectfully requests that this Court dismiss the indictment and direct the Clerk to mark this case "Closed." In support thereof, the government represents as follows.

1.  The indictment in this case was filed on March 23, 2023.

2.  The indictment charged the defendant with one count of obstruction of justice in violation of 18 U.S.C. § 1503(a), one count of obstruction of proceedings in violation of 18 U.S.C. § 1505, and one count of retaliation in violation of 18 U.S.C. § 1513.

3.  These charges were based on the defendant's actions in connection with the physical assault of an attorney, G.A., on or about February 28, 2023, in Philadelphia, Pennsylvania.

4.  The conduct charged against the defendant in this indictment was subsequently incorporated into a superseding indictment against the defendant, and others, that was filed on May 5, 2023, and which is currently pending before this Court at *United States v. Joseph LaForte et al.*, Crim. No. 23-198.

WHEREFORE, the government asks this Court to dismiss the indictment under Federal Rule of Criminal Procedure 48(a), and to direct the Clerk to mark this case Closed.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*/s Matthew T. Newcomer*
PATRICK J. MURRAY
MATTHEW T. NEWCOMER
ALEXANDER M. LASTOWSKI
Assistant United States Attorneys

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIM. NO. 23-124** |
| **JAMES LAFORTE** | : | |

## ORDER

AND NOW, this       day of June, 2023, upon consideration of the government's Motion to Dismiss Indictment, it is hereby ORDERED that the motion is granted and the indictment charging James LaForte is DISMISSED.

It is further ORDERED that the Clerk shall mark this case CLOSED.

BY THE COURT:

_____
HONORABLE MARK A. KEARNEY
United States District Court Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing motion was served by electronic mail upon all counsel of record.

                    */s/ Matthew T. Newcomer*
                    MATTHEW T. NEWCOMER
                    Assistant United States Attorney

Dated: June 7, 2023